1059

FILED
APR 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Tyge Erik MULDROW<br>Defendant. | Magistrate Case No.: '08 MJ 830<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about April 4, 2008, within the Southern District of California, defendant Tyge Erik MULDROW did knowingly and intentionally import approximately 20.20 kilograms (44.44 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7 TH, DAY OF APRIL 2008.

Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Tyge Erik MULDROW

PROBABLE CAUSE STATEMENT

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Frank Gonzalez.

On April 4, 2008, at approximately 1635 hours, Tyge Erik MULDROW entered the United States at the Calexico, CA West Port of Entry. MULDROW was the sole occupant driver of a 2000 Ford Explorer.

Customs and Border Protection (CBP) Officer Gould was assigned to vehicle primary lane # 8 when the 2000 Ford Explorer approached her primary booth. MULDROW gave a negative Customs Declaration. CBP Officer Gould noticed that MULDROW appeared to be nervous when answering her questions. CBP Officer Gould noticed that MULDROW' leg was shaking continuously. CBP Officer Gould also noticed that, MULDROW would not make eye contact when he presented his identification and answering her questions. CBP Officer Gould asked what the purpose of his trip to Mexico. MULDROW became nervous and began to become verbally incoherent, and started stuttering his answer. MULDROW stated that he was going home for the weekend and would be back to Mexico to continue work. Based on CBP Officer Gould observations, she opted to refer MULDROW and his vehicle to secondary for further inspection.

In the vehicle secondary lot, the CBP Officer Carp requested that CBP Officer Navarro run his narcotic detector dog (NDD) on the vehicle. CBP Officer Navarro informed CBP Officer Carp of an alert to the gas tank of the vehicle. CBP Officer Carp conducted an intensive inspection of the vehicle and found the vehicle to contain vacuum-sealed packages in the gas tank of the vehicle. A total of 9 packages were removed from the gas tank of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 9 packages had a combined net weight of approximately 20.20 kilograms (44.44 pounds).

MULDROW was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions. MULDROW denied having any knowledge of the marijuana concealed in the vehicle.

MULDROW was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.

Executed on April 5 2008, at 10:21 am hours.

Special Agent

On the basis of the facts presented in the probable cause statement consisting of 3 page(s), I find probable cause to believe that the defendant(s) named in this probable statement committed the offence on 4/4//2008 in violation of Title 21, United States Code, Section(s) 952 and 960 .

US MAGISTRATE JUDGE

4-5-08
@ 11:37 a.m.