FILED

08 APR 16 PM 4:32

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TYGE ERIK MULDROW, Defendant. | Criminal Case No. '08 CR 1195 WQH<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about April 4, 2008, within the Southern District of California, defendant TYGE ERIK MULDROW did knowingly and intentionally import approximately 20.2 kilograms (approximately 44.44 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

CEM:em:Imperial
4/11/08

Count 2

On or about April 4, 2008, within the Southern District of California, defendant TYGE ERIK MULDROW did knowingly and intentionally possess, with intent to distribute, approximately 20.2 kilograms (approximately 44.44 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 16, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CALEB E. MASON
Assistant U.S. Attorney