AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.

TYGE ERIK MULDROW,
Defendant.

## APPEARANCE

Case Number: 08CR1195-WQH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TYGE ERIK MULDROW
I am co-counsel on this case.

I certify that I am admitted to practice in this court.

7/1/2008
Date

/s/ REUBEN CAMPER CAHN
Signature

Reuben Camper Cahn/Federal Defenders of — 255158
Print Name — Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 — (619) 687-2666
Phone Number — Fax Number

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 1, 2008

*/s/ Reuben Camper Cahn*

REUBEN CAMPER CAHN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Reuben_Cahn@fd.org