SHAFFY MOEEL
California State Bar Number 238732
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Defendant Muldrow

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TYGE ERIK MULDROW,<br>Defendant. | ) | CASE NO. 08CR1195-WQH<br><br>ACKNOWLEDGMENT OF NEXT COURT DATE |

I, **TYGE ERIK MULDROW,** hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is September 15, 2008, at 2:00 p.m. for Motions In Limine Hearing and September 16, 2008 at 9:00 a.m. for trial, before the Honorable William Q. Hayes.

I declare that the foregoing is true and correct.

DATED: 8-4-08

**TYGE ERIK MULDROW**

H:\SXM\CASES\BORDER BUSTS\MULDROW\ACKNCD.WPD