KAREN P. HEWITT
United States Attorney
PAUL S. COOK
Assistant U.S. Attorney
California State Bar No. 79010
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5687
pcook@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
SEP 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TYGE ERIK MULDROW, Defendant. | Criminal Case No. 08CR1195-WQH<br>DEFERRED PROSECUTION AGREEMENT |

1. TYGE ERIK MULDROW ("Defendant") is reported to have committed offenses against the United States on or about April 4, 2008, in violation of Title 21, United States Code, Sections 952 and 960, Importation of Marijuana, and Title 21, United States Code, Section 841(a)(1), Possession of Marijuana with Intent to Distribute, in that Defendant entered the United States at the Calexico West, California, Port of Entry, driving a vehicle, that contained approximately 20.2 kilograms of marijuana, a Schedule I Controlled Substance.

2. It appears that the interest of the United States, Defendant's interests, and the interests of justice will be served by deferring prosecution of these offenses for a period of 12 months from

the filing of this agreement, provided Defendant complies with the terms and conditions of this Agreement. Upon Defendant's compliance with the terms and conditions of this Agreement, the United States will abandon prosecution of this matter and move to dismiss the charges in the pending indictment. However, should Defendant violate the conditions of this Agreement during the period of deferred prosecution, the United States may proceed with the prosecution.

3. During the deferral period, Defendant will comply with the following conditions:

a. Defendant shall not violate any federal, state or local law, minor traffic law/infractions excepted.

b. Defendant shall not use or possess any illegal narcotic or controlled substance.

c. Defendant shall submit to drug testing as prescribed by Pretrial Services.

d. Defendant shall seek and maintain full time employment including self employment, schooling, or a combination of both consistent with his medical condition.

e. Defendant shall not travel into the Republic of Mexico.

4. Defendant waives any right to a speedy trial of the offenses alleged in this case arising under the Constitution or laws of the United States. Defendant stipulates that all time between the filing of this Agreement and any re-institution of prosecution of Defendant shall be excluded from any computations under the Speedy Trial Act pursuant to the provisions of Title 18, United States Code, Section 3161(h)(2).

5. Defendant represents that the terms and conditions of this Agreement have been read and explained to him by his attorney. Defendant understands the terms and conditions of this agreement and agrees to comply with them.

DATED: September 10, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

9/11/08 ______________________ /s/ Paul S. Cook
PAUL S COOK
Assistant U.S. Attorney

9/11/08 ______________________ /s/ Shaffy Moeel
SHAFFY MOEEL
Attorney for Defendant MULDROW

9-11-08 ______________________ /s/ TEM
TYGE ERIK MULDROW
Defendant